# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130345

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALVIN GLENDALE WILLIAMS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130345
COA: 264997
Saginaw CC: 03-023244-FH

      On order of the Court, the application for leave to appeal the November 28, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

l0424